JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DEVONE CALL,<br><br>    Petitioner,<br><br>    v.<br><br>T. VIRGA, Warden,<br><br>    Respondent. | Case No. CV 11-7363-JAK (SP)<br><br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 10, 2012

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE